Re: Calendar Year 2005 Filing    August 4, 2006

Dear Judge Smith

Thank you for your letter of July 12, 2006 and for spotting the transcription error in Part IX of my 2005 Filing.

By this letter I amend that certification to reflect the correct year and to certify the report correct as of May 9, 2006.

Thank you.

Sincerely



RECEIVED
AUG 14 11 10 AM '06
FINANCIAL DISCLOSURE OFFICE

| AO-10 (WP)<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. app. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>YOUNG, WILLIAM G. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS | 3. Date of Report<br><br>MAY 9, 2006 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ✓ Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>JANUARY 1, 2005<br>DECEMBER 31, 2005 |
| 7. Chambers or Office Address<br>SUITE 5710<br>UNITED STATES COURTHOUSE<br>1 COURTHOUSE WAY, BOSTON, MASS 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions.) | |
| 1 LECTURER & FACULTY MEMBER | BOSTON UNIVERSITY LAW SCHOOL |
| 2 LECTURER & FACULTY MEMBER | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC. |
| 3 TRUSTEE | TRUST |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✓ **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ **NONE** (No reportable non-investment income.) | | |
| 1 JAN - MAY '03 | BOSTON UNIVERSITY - TEACHING INCOME | $ 16,400.00 |
| 2 SEPT - DEC '03 | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC - TEACHING INCOME | $ 7,500.00 |
| 3 | THOMPSON - WEST - B | $ 6,078.15 |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ✓ **NONE** (No reportable non-investment income.) | |
| 1 | |
| 2 | |

RECEIVED 2006 MAY 15 A 11: 03 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 9, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | | DESCRIPTION |
|---|---|---|---|
|   | **NONE** (No such reportable reimbursements.) | | |
| 1 | | | |
| 2 | AMERICAN SOCIETY OF TRIAL CONSULTANTS | FEB. 23, 2005 - TRANS. | MEETING, PHILADELPHIA, PA |
|   | NEW YORK INTELLECTUAL PROPERTY LAW ASSN. | MAR 23, 2005 - FOOD, LODGING & TRANS. | MEETING, NEW YORK, N.Y. |
| 3 | AMERICAN BOARD OF TRIAL ADVOCATES | APR. 1-3, 2005 - FOOD, LODGING & TRANS. | MEETING, LAS VEGAS, NEV. |
| 4 | BAR ASSOCIATION OF THE FIFTH FED. CIR. | APR. 25, 2005 - FOOD, LODGING & TRANS. | MEETING, NEW ORLEANS, LA |
| 5 | COHASSET ASSOCIATES, INC. | MAY 22, 2005 - TRANS. | MANAGING ELECTRONIC RECORDS CONF - CHICAGO, ILL |
| 6 | CALIFORNIA BOARD OF TRIAL ADVOCATES | JUL 16 - 20, 2005, FOOD, LODGING & TRANS. | MEETING, MAUNA LOA, HAW. |
| 7 | OHIO STATE BAR ASSOCIATION | SEPT 19, 2005 - TRANS. | MEETING, COLUMBUS, OHIO |
| 8. | AMERICAN LAW INSTITUTE | SEPT 16, 2005 - TRANS. | MEETING, CHICAGO, ILL |
| 9. | SUFFOLK UNIVERSITY | DEC 14, 2005 - FOOD, LODGING | LECTURE, BOSTON, MA |

## V.  GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
|   | ☑ **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI.  LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
|   | ☑ **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 BANK OF AMERICA, NEEDHAM, MA 1) JOINT SAVINGS 2) IRA 3) CD | D | INT | N | T | | | | | |
| 2 AKAMAI COMMON STOCK | | NONE | J | T | | | | | |
| 3 AT&T COMMON STOCK | A | DIV | J | T | | | | | |
| 4 KEYSPAN ENERGY COMMON STK | A | DIV | J | T | | | | | |
| 5 SBC COMMUNICATIONS COMMON STK | A | DIV | J | T | (NOW AT&T by MERGER) | | | | |
| 6 VERIZON COMMON STK | A | DIV | J | T | | | | | |
| 7 LISTED BELOW ARE THE INCOME PRODUCING ASSET OF A TRUST I AM THE TRUSTEE | | | | | | | | | |
| 8 BRISTOL - MYERS SQUIBB | C | DIV | L | T | | | | | |
| 9 CRESCENT REAL EST EQ TX REIT | | | K∅ | T | BUY 1/6 SELL 4/3 | | | | |
| 10 CONAGRA FOODS INC | | | K | T | BUY 9/20 SELL 12/22 | | | | |
| 11 DUKE ENERGY CORP. | C | DIV | L | T | | | | | |
| 12 INTERNATIONAL PAPER CO. | | | K | T | BUY 9/20 SELL 12/22 | | | | |
| 13 MERRILL LYNCH & CO. INC. | B | DIV | K | T | BUY 3/7 | | | | |
| 14 ROYAL BANK OF SCOTLAND | B | DIV | K | T | BUY 5/12 | | | | |
| 15 TIME WARNER INC | A | DIV | K | T | | | | | |
| 16 WINN DIXIE STORES | | | X | T | SELL 2/11 | | | | |
| 17 SBC COMMUNICATIONS | | | | T | SELL 2/01 | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| | | | | | |
|---|---|---|---|---|---|
| 18. | NEW YORK ST. URB. DEV. CORP. | A | INT | K | T |
| 19. | LONG ISLAND PWR AUTHY | A | INT | MK | T |
| 20. | METROPOLITAN TRANSIT AUTHY | D | INT | M | T |
| 21. | NEW YORK CITY MUN. BOND | B | INT | K | T |
| 22. | NEW YORK STATE LOCAL GOVT. | C | INT | M | T |
| 22. | NEW YORK STATE DORM AUTHY | A | INT | K | T |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date _May 9, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544